AO 440 (Rev. 8/01) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT

Eastern District of Virginia (Alexandria Division)

TPI HOLDINGS and DOMINION ENTERPRISES

**SUMMONS IN A CIVIL ACTION**

V.

DYNAMIC FINE DESIGNS, INC.

CASE NUMBER: 1:09CV01 AJT/IDD

TO: (Name and address of Defendant)

Dynamic Fine Designs, Inc.
Serve ATTN: Shreya Jain
104-60 Queens Blvd. Suite 22J
Forest Hills, NY 11375

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel H. Marti, Esq.
KILPATRICK STOCKTON LLP
607 14th Street, NW
Suite 900
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

1/2/09

CLERK _(signature)_           DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 01-15-09 @ 1:30 pm |
| NAME OF SERVER *(PRINT)* Nelson Carvajal | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 104-60 Queens Boulevard, Suite 22J, Forest Hills, NY 11375

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

State & County of N.Y.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/21/09
Date                Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
Address of Server

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

\* Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.